IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR322 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SETH McGRATH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend his self surrender date from October 13, 2015, to December 1, 2015 (Filing No. 43).

IT IS ORDERED:

1. The Defendant's Motion to Extend the Self-Surrender Date (Filing No. 43) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Tuesday, December 1, 2015, to the place designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 28th day of September, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge